08/13/18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVEN PHARMACEUTICALS, INC. ) <br> ) <br> Plaintiff/Counterclaim-Defendant, ) <br> ) <br> v. ) <br> ) <br> ACTAVIS LABORATORIES UT, INC., ) <br> ) <br> Defendant/Counterclaimant. ) <br> ) | C.A. No. 15-249-LPS |

| |
|---|
| ) <br> ACTAVIS LABORATORIES UT, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HISAMITSU PHARMACEUTICAL CO., ) <br> INC., ) <br> ) <br> Third-Party Defendant. ) <br> ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, the appearance of Christopher J. Morten is hereby withdrawn as counsel for Defendant. Defendant will continue to be represented by the attorneys of record from Crowell & Moring LLP, Goodwin Procter LLP and Richards, Layton & Finger, P.A.

RLF1 19847357v.1

|  |  |
|---|---|
|  | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>Katharine Lester Mowery (#5629)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>fineman@rlf.com<br>mowery@rlf.com |
| Dated:  August 13, 2018 | *Attorneys for Defendant Actavis Laboratories UT, Inc.* |