IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVEN PHARMACEUTICALS, INC., </br></br>Plaintiff/Counterclaim-Defendant, </br></br>v. </br></br>ACTAVIS LABORATORIES UT, INC., </br></br>Defendant/Counterclaimant. | C.A. No. 15-249-LPS |
| NOVEN PHARMACEUTICALS, INC., </br></br>Plaintiff/Counterclaim-Defendant, </br></br>v. </br></br>ACTAVIS LABORATORIES UT, INC., </br></br>Defendant/Counterclaimant. | C.A. No. 16-465-LPS |
| NOVEN PHARMACEUTICALS, INC., </br></br>Plaintiff, </br></br>v. </br></br>ACTAVIS LABORATORIES UT, INC., </br></br>Defendant. | C.A. No. 18-758-LPS |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 and the terms of a separate agreement, Plaintiff Noven Pharmaceuticals, Inc. ("Noven") and Actavis Laboratories UT, Inc. ("Actavis") hereby stipulate and agree that all claims between Noven and Actavis in the above-referenced

{01493360;v1 }

actions are hereby dismissed with prejudice, and each party shall bear its own costs, attorneys' fees, and expenses.

| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Katharine Lester Mowery* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Steven J. Fineman (#4025)<br>Katharine Lester Mowery (#5629)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>mowery@rlf.com |
| *Attorneys for Noven Pharmaceuticals, Inc.* | *Attorneys for Actavis Laboratories UT, Inc.* |

SO ORDERED this ___ day of _____, 2019

_____
Chief, United States District Judge